IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

        Plaintiff,

vs.                      Docket No.: 12-20195-CR-SEITZ/SIMONTON

MARLON RAUL MONTESINO.

        Defendant.
_____/

## ORDER

ON THIS DAY came on to be heard, Defendant's unopposed motion for leave of court to file belated objections to the Presentence Investigation Report.

Upon consideration of same, the Court is of the opinion that said motion should be and the same is hereby:

1. The motion is hereby GRANTED, *and the filed objections are accepted.*

Done this _11_, day of September 2012

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE